# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| **KIEL HOLMES,** | **Civil Action No.:** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| **SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP; and DOES 1 through 10, inclusive,** | |
| Defendant. | |

Pursuant to LR 26.01, Plaintiff, Kiel Holmes, by undersigned counsel, states the following:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

<u>Answer:</u> None.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

<u>Answer</u>: Each claim in the Complaint should be tried before a jury as jury trials are provided for under applicable federal law, and Plaintiff desires a trial by jury.

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

Answer: The party submitting these responses is not a publicly owned company.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civil Rule 3.01.

Answer: The basis for asserting the claim in this division is that a substantial part of the events giving rise to the claims occurred in Richland county.

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases

which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

Answer: No.

Date: June 11, 2013

RESPECTFULLY SUBMITTED,

By: /s/ Chauntel Bland
Chauntel Bland, Esq.
463 Regency Park Drive
Columbia SC 29210
Phone: (803) 319-6262
Fax: (866) 322-6815
chauntel.bland@yahoo.com
*Attorney for Plaintiff,*
*Kiel Holmes*