# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **KIEL HOLMES,**<br>　　　　Plaintiff,<br><br>vs.<br><br>**SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP; and DOES 1 through 10, inclusive,**<br>　　　　Defendants. | Civil Action No.:<br>**3:13-cv-01602-MBS** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

　　　　Plaintiff KIEL HOLMES (hereinafter "Plaintiff"), by and through his attorney, Chauntel Bland, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: September 4, 2013

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　By: /s/ Chauntel Bland
　　　　　　　　　　　　　　　　　　Chauntel Bland, Esq.
　　　　　　　　　　　　　　　　　　463 Regency Park Drive
　　　　　　　　　　　　　　　　　　Columbia SC 29210
　　　　　　　　　　　　　　　　　　Phone: (803) 319-6262
　　　　　　　　　　　　　　　　　　Fax: (866) 322-6815
　　　　　　　　　　　　　　　　　chauntel.bland@yahoo.com
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff,*
　　　　　　　　　　　　　　　　　*Kiel Holmes*

1